# AFFIDAVIT

1) **AFFIANT/AGENT.**
   I, Nathan Adams, a Border Patrol Agent of the United States Border Patrol, Customs and Border Protection (USBP/CBP), have been employed by the USBP/CBP for 19 years and am currently assigned to the Grand Forks Sector Prosecution Unit.

   Your affiant has reason to believe that RIVERA-Ruiz, Ivan Rodrigo (DOB: XX/XX/1983), illegally reentered the United States after being removed in violation of 8 U.S.C. § 1326(a)(1).

2) **INITIAL ENCOUNTER.**
   On August 19, 2025, at approximately 1:30 p.m., Supervisory Border Patrol Agent-Intelligence (SBPA-I) McIntee was notified by the Grand Forks Border Patrol Dispatch that the Grand Forks Police Department had stopped a vehicle with three occupants near the Grand Forks Border Patrol Station Annex in Grand Forks, ND. The stop was initiated because of a defective muffler and an improper lane movement. The driver had a Minnesota instructional permit, and a passenger identified as Ivan RIVERA had a Mexico ID and was not wearing a seatbelt.

   SBPA-I McIntee arrived on scene and was provided with the subjects' identification cards. The Grand Forks Police Officer advised that one subject had an active U.S. Immigration warrant.

   SBPA-I McIntee performed an immigration inspection on the subjects. One of the subjects, RIVERA-Ruiz, Ivan had a Mexican voter registration card. He was questioned in the Spanish language if he had immigration documents to be in the United States. RIVERA-Ruiz stated he did not have any documents. At that time, SBPA-I McIntee requested the Grand Forks Police Officer to transfer custody to the Border Patrol.

   The three subjects were transferred to Border Patrol Agent (BPA) Loehlein's custody for transport to the Pembina Border Patrol Station for processing.

3) **POST ARREST INVESTIGATION.**
   On August 19, 2025, RIVERA-Ruiz was transported to the Pembina Border Patrol Station where he was enrolled into the NGI/IDENT fingerprint identification system. The NGI/IDENT results revealed the following immigration history.

   RIVERA-Ruiz is a citizen and national of Mexico.

4) **IMMIGRATION HISTORY.**
   1. Arrest Date:        September 25, 2024
      Arrest Agency:      United States Border Patrol, Santa Teresa, New Mexico
      Charge:             212(a)(7)(A)(i)(I)- Immigrant without an Immigrant Visa

|   |   |
|---|---|
| Disposition: | Expedited Removal.  Removed to Mexico at Paso Del Norte, TX, Bridge on September 25, 2024. |

2. Arrest Date: September 28, 2024
   Arrest Agency: United States Border Patrol, Santa Teresa, New Mexico
   Charge: 212(a)(9)(A)(ii) – Alien previously removed once, not as an arriving alien (not aggravated felons)
   Disposition: Reinstatement of Removal.  Removed to Mexico at the Paso Del Norte, TX, Bridge on September 30, 2024.

5) **CRIMINAL HISTORY**
   None.

6) **MIRANDA RIGHTS/CONSULAR NOTIFICATION**.
   RIVERA-Ruiz was notified of his Miranda Rights.  Rivera-Ruiz acknowledged his rights and was not willing to answer questions without an attorney present.

   RIVERA-Ruiz was notified of his right to consular communication, and he declined to speak to the Mexican Consulate at that time.

   No record could be found to indicate that RIVERA-Ruiz has ever applied for or been granted permission to reenter the United States by the Attorney General or by his successor, the Secretary of the Department of Homeland Security.

   In my experience, the above facts constitute a violation of 8 U.S.C. § 1326(a)(1).

   The foregoing is true and correct to the best of my knowledge and belief.

   _____
   Nathan Adams
   United States Border Patrol Agent

Sworn to me by reliable electronic means, this 20th day of August 2025.

_____
Alice R. Senechal
United States Magistrate Judge